UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSEL I. KASSMAN,

    Plaintiff,

    v.

JP MORGAN CHASE BANK,

    Defendant.

Case No. 15-cv-05873-DMR

**ORDER TO SHOW CAUSE**

Defendant filed a motion to dismiss on April 15, 2016. [Docket No. 23.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on April 29, 2016, but no such opposition has been received. In the parties' joint case management statement filed on April 27, 2016 [Docket No. 30], the Plaintiff represented that he would file a First Amended Complaint on or before May 6, 2016. He has not done so.

<u>Plaintiff Russel I. Kassman is ordered to respond by 9:00 a.m. on May 13, 2016, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b).

This order to show cause does not constitute permission to file a late opposition. If Plaintiff Kassman does not respond by 9:00 a.m. on May 13, 2016, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 11, 2016

                                              Donna M. Ryu
                                             United States Magistrate Judge